**Dismissed and Memorandum Opinion filed March 12, 2024**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-23-00862-CV

---

**NAMEAH HELAIRE, Appellant**

**V.**

**GREGORY HANNA, Appellee**

---

**On Appeal from the 308th District Court
Harris County, Texas
Trial Court Cause No. 2022-16191**

---

### MEMORANDUM OPINION

This appeal is from a default final order in a suit affecting the parent-child relationship signed November 10, 2023. The clerk's record was filed January 4, 2024. The reporter's record was filed January 8, 2024. No brief was filed.

On February 8, 2024, we issued a notice stating that unless appellant filed a brief within 10 days, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.